IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. COLLINS BEY,

    Plaintiff,

v.

GERALD A. BERGE, RICHARD SCHNEITER, PETER HUIBREGTSE, GARY BOUGHTON and J. HUIBREGTSE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-747-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants GRANTING their motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

AUG 2 4 2009
_____
Date